FILED

08/10/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0253

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0253

STATE OF MONTANA,

> Plaintiff and Appellee,

v.

KENT ALLEN TICHENOR,

> Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until September 6, 2021, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 10 2021